854

No. 967, Misc. RINKES *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 971, Misc. ENZOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Sidney M. Glazer* and *Beatrice Rosenberg* for the United States.

No. 972, Misc. DISILVESTRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 976, Misc. BRATCHER *v.* WILKINS, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 981, Misc. REID *v.* RICHMOND, WARDEN. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 982, Misc. CURRY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for the United States.

No. 983, Misc. HAMLIN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 987, Misc. URTADO *v.* HEARD, ACTING CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.